UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 02−74605**
**Chapter: 13**

**FILED**
Sep. 12, 2008
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
Jeffrey Dame
aka Jeff Dame
925 Eastside Blvd
Muskogee, OK 74403

Social Security No.:
xxx−xx−3255

Employer's Tax I.D. No.:

# FINAL DECREE

The above−referenced case has been fully administered.

IT IS THEREFORE ORDERED THAT:

1. William Mark Bonney is discharged as Trustee of the estate of the above−named debtor(s); and

2. The above−referenced case is closed.

Dated: 9/12/08

*s/ Tom R. Cornish*
UNITED STATES BANKRUPTCY JUDGE